IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATHY CHESSMORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1642 |
| | § | |
| WAL-MART STORES, INC., WAL-MART | § | |
| STORES TEXAS, L.P., WAL-MART | § | |
| ASSOCIATES, INC., and STANLEY | § | |
| ACCESS TECHNOLOGIES, LLC, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion filed today, this action is dismissed with prejudice.

SIGNED on October 5, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge